IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Roxanne Murray, Heather Whitcraft, Maria Swiderski, and Jessica Rodman | : Civil Action : : No. 1:10-CV-03333-JBS-AMD |
| Plaintiffs | : : : |
| v. | : Jury Trial Demanded : |
| Walgreen Company | : : |
| Defendant | : |

### AFFIDAVIT OF STEPHANIE J. MENSING

COMMONWEALTH OF PENNSYLVANIA      :
                                                                 :  ss.
COUNTY OF PHILADELPHIA                     :

Stephanie J. Mensing, being duly sworn according to law, deposes and says:

1. I am over eighteen years of age and am competent to testify as to the matters set forth in this Affidavit. I make this Affidavit on the basis of my personal knowledge.

2. I am counsel for Plaintiffs Roxanne Murray, Heather Whitcraft, Maria Swiderski, and Jessica Rodman in this matter.

3. I am submitting this Affidavit pursuant to this Court's November 22, 2010 Order.

4. On June 30, 2010, Plaintiffs filed their initial Complaint against Defendant Walgreen Company alleging discrimination and retaliation in violation of Title VII.

5. Plaintiffs have discovered additional claims and I am in the process of amending their Complaint to include related state law claims against individuals who are not yet defendants in this action.

6. Plaintiffs are also in the process of trying to locate the individual defendants so that they may be served with the amended Complaint once the amended Complaint is filed.

7. Additionally, my firm has been waiting to hear back from Plaintiffs regarding details needed to file the amended Complaint.

8. I expect that I will be able to file an amended Complaint within sixty days.

9. I declare under penalty of perjury and upon personal knowledge that the foregoing is true and correct.

*Stephanie J. Mensing*

Sworn to and subscribed before
me this 22 day of November, 2010

David Wisniewski
David Wisniewski, Esquire

New Jersey Attorney