IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROXANNE MURRAY, et al., | |
| Plaintiffs, | Civil No. 10-3333 (JBS/AMD) |
| v. | **ORDER** |
| WALGREEN COMPANY, | |
| Defendant. | |

This matter having come before the Court upon the motion of Plaintiffs [Docket Item 6] for relief from this Court's December 15, 2010 Order of dismissal without prejudice; the Court having considered the Plaintiff's submissions in support thereof; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this 24th day of **August, 2011** hereby

ORDERED that Plaintiff's motion for Rule 60(b)(1) relief shall be, and hereby is, **DENIED**.

_____
JEROME B. SIMANDLE
United States District Judge